IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SILVER MOUNTAIN RESOURCES, LLC,

    Plaintiff,

v.                                                      13-cv-0469 SMV/GBW

SILVER HOLDINGS, LLC, and
BULLARD'S PEAK CORP.,[1]

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    September 18, 2013, at 9:30 a.m.

**Matter to be heard**:   Defendant's Motion to Dismiss for Failure to State a Claim [Doc. 4]

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic motion hearing is hereby set for **September 18, 2013, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Defendant Bullard's Peak Corp. was dismissed without prejudice on August 29, 2013. [Doc. 16].
[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.