IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SILVER MOUNTAIN RESOURCES, LLC,

    Plaintiff,

v.                                                                                                13-cv-0469 SMV/GBW

SILVER HOLDINGS, LLC, and
BULLARD'S PEAK CORP.,[1]

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:   October 24, 2013, at 9:00 a.m.

**Matter to be heard**:   Motion for Summary Judgment [Doc. 23]

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing on Defendant Silver Holdings, LLC's Motion for Summary Judgment [Doc. 23] is hereby set for **October 24, 2013, at 9:00 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]  If the parties are in agreement that an in-person hearing should be held on this motion, the parties should request a status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Defendant Bullard's Peak Corp. was dismissed without prejudice on August 29, 2013.  [Doc. 16].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.