## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SILVER MOUNTAIN RESOURCES, LLC,

    Plaintiff,

v.     13-cv-0469 SMV/GBW

SILVER HOLDINGS, LLC, and
BULLARD'S PEAK CORP.,[1]

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:     February 11, 2014, at 2:30 p.m.

**Matter to be heard**:  Plaintiff's Motion for Summary Judgment [Doc. 49].

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing on Plaintiff Silver Mountain Resources, LLC's Motion for Summary Judgment on Count One of its Complaint Against Defendant Silver Holdings, LLC [Doc. 49] is hereby set for **February 11, 2014, at 2:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] Defendant Bullard's Peak Corp. was dismissed without prejudice on August 29, 2013.  [Doc. 16].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.