IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SILVER MOUNTAIN RESOURCES, INC.,

     Plaintiff,

v.                                                   Civ. No. 13-469 SMV/GBW

SILVER HOLDINGS, LLC,

     Defendant.

## ORDER SUSPENDING DEADLINES

This matter comes before the Court on the parties' Joint Motion to Suspend Deadlines. Doc. 64. Having reviewed the motion and being otherwise fully advised in the premises, the Court finds that the Motion is well taken and should be GRANTED.

It is therefore ORDERED that all deadlines including those relating to briefing and discovery matters are hereby suspended though May 5, 2014 to allow the parties to engage in settlement discussions. If the parties are unable to resolve the case by that time, the parties are directed to submit a revised case management order setting forth new deadlines for the completion of discovery and other pre-trial matters.

                                                                                         _____
                                                                                         **STEPHAN M. VIDMAR**
                                                                                         **United States Magistrate Judge**

Submitted by:

/s/ John C. Anderson
Counsel for Defendant

Approved as to form:

Casey B. Fitch (by email)
Counsel for Plaintiff