IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SILVER MOUNTAIN RESOURCES,
LLC,

    Plaintiff,

vs.                                         No. 2:13-CV-00469 SMV/GBW

SILVER HOLDINGS, LLC, AND
BULLARD'S PEAK CORPORATION,

    Defendants.

## ORDER ON MOTION TO VACATE SETTLEMENT CONFERENCE AND EXTEND DEADLINES

This matter came before the Court on Plaintiff's unopposed motion to vacated the May 5, 2014 settlement conference and to extend deadlines by which to respond to pending motions, discovery requests, and to submit a revised case management order. The Court has considered the parties' submission and determines there is good cause to grant the motion.

Accordingly, it is ORDERED that the May 5, 2014 settlement conference is hereby vacated.

It is further ORDERED that, in the event the case does not settle prior to May 27, 2014, Plaintiff shall file a response to Defendant's pending motions within fourteen days following the status conference the Court will set on May 27, 2014.

It is further ORDERED that, in the event the case does not settle prior to May 27, 2014,, Plaintiff shall respond to Defendant's first set of discovery requests within fourteen days following the status conference the Court will set on May 27, 2014.

It is further ORDERED that, in the event the case does not settle, the parties shall submit a revised case management order setting forth new deadlines for the completion of discovery and other pre-trial matters.

_____
_____ DGE