IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SILVER MOUNTAIN RESOURCES, LLC,

    Plaintiff,

v.                                                     13-cv-0469 SMV/GBW

SILVER HOLDINGS, LLC, and
BULLARD'S PEAK CORP.,[1]

    Defendants.

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss with Prejudice [Doc. 73], filed on June 4, 2014.  The parties report that they have reached a resolution of their respective claims and counterclaims against each other and, therefore, no longer wish to pursue this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that parties' Joint Motion to Dismiss with Prejudice [Doc. 73] is **GRANTED.**  This action is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] Defendant Bullard's Peak Corp. was dismissed without prejudice on August 29, 2013.  [Doc. 16].